UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENSON TOUSSAINT,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center,<br><br>                    Respondent. | Case No.:  3:26-cv-2166-CAB-AHG<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION FROM RESPONDENT** |

Petitioner Mackenson Toussaint has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241. [Doc. No. 1 ("Petition").]  Respondent "do[es] not oppose an order . . . directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4.] However, the Petition appears to allege that Petitioner lived in the United States for four years and was in the process of seeking asylum when he was detained without notice while dropping off passengers at a military base as an Uber driver.  [Doc. No. 1-2 at 2.] Respondent has not addressed this allegation.

///

///

///

///

///

1

The Court therefore **ORDERS** by <u>**May 1, 2026**</u> a response to Petitioner's claim that he was re-detained without notice, including whether Petitioner was previously detained by immigration authorities and released on his own recognizance or parole.

It is **SO ORDERED**.

Dated:  April 16, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2166-CAB-AHG