UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENSON TOUSSAINT, | Case No.:  3:26-cv-2166-CAB-AHG |
| Petitioner, | |
| v. | **ORDER REQUIRING A BOND HEARING** |
| WARDEN, Otay Mesa Detention Center, | |
| Respondent. | |

Petitioner Mackenson Toussaint has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  He entered the United States without inspection on January 1, 2022.  [Doc. No. 1-2 at 2; Doc. No. 7 at 2.]  He later applied for Temporary Protected Status, which was denied on February 11, 2025 due to abandonment.  [Doc. No. 7-2 at 2.]  Petitioner was then placed in removal proceedings and issued a notice to appear.  [*Id.*]  On November 16, 2025, Petitioner was detained by Immigration and Customs Enforcement while working as an Uber driver and dropping passengers off at a military base.  [Doc. No. 1-2 at 2.]

This is Petitioner's second Petition.  In his first petition, [Case No. 3:25-cv-3383-CAB-AHG], the Court ordered a bond hearing after the government acknowledged that Petitioner was "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)[,]" [*Id.* at Doc. No. 7].  Petitioner received a bond hearing

under § 1226(a) on January 2, 2026.  [*Id.* at Doc. No. 8.]  To the extent the Petition challenges the resulting decision, Petitioner must appeal to the Board of Immigration Appeals "before asking the federal district court to review the [immigration judge]'s decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

Despite the fact that Petitioner already received a bond hearing under § 1226 in his first petition, here Respondent "do[es] not oppose" providing Petitioner a *second* bond hearing under § 1226(a).  [Doc. No. 4.]  The Court questions whether this conclusion is based on Respondent's assessment of the merits of the Petition or an oversight due to the volume of habeas petitions and the recent increase in repeat petitions.  Regardless, the Court accepts Respondent's non-opposition and **ORDERS** Respondent to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **May 19, 2026**.

The Clerk of the Court shall close the case on May 25, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  May 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2166-CAB-AHG